**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ISABELLA PERKINS, | : Case No. 2:26-cv-219 |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, and TORY VERDI, an individual | : |
| | : |
| | : |
| | : |
| | : |
| Defendants. | : |

**<u>ORDER</u>**

AND NOW, this 14th day of July, 2026, upon consideration of Plaintiff's Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss, and good cause appearing therefor, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff shall file her Response to Defendants' Motions to Dismiss on or before August 14, 2026.

BY THE COURT:

<u>  s/Joy Flowers Conti          </u>
Hon. Joy Flowers Conti
Senior U.S. District Court Judge