**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ISABELLA PERKINS,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-219 |

| | | |
|---|---|---|
| RAEVEN BOSWELL,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-221 |

| | | |
|---|---|---|
| BROOKLYNN MILES,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-222 |

| | | |
|---|---|---|
| JASMINE TIMMERSON,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 26-223 |

| | | |
|---|---|---|
| MAKAYLA ELMORE,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Civil No. 26-225 |

| | | |
|---|---|---|
| FAVOR AYODELE,<br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH of the<br>COMMONWEALTH SYSTEM of EDUCATION<br>And TORY VERDI,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Civil No. 26-226 |

**ORDER OF COURT**

AND NOW, this 14th day of October, 2026, upon consideration of the substantially overlapping motions to dismiss filed in these related cases, IT IS HEREBY ORDERED that counsel shall meet and confer and submit a joint chart identifying:

(1) Common issues and arguments that apply to all plaintiffs, and the common allegations that the court must consider to resolve each such common issue;

(2) For each individual plaintiff, any unique issues and arguments that apply to that particular plaintiff, and the unique allegations that the court must consider to resolve each such individual issue.

The joint chart shall be submitted on or before November 13, 2026.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge